IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:16-CR-137 |
| vs. | : | U. S. Magistrate Judge Sharon L. Ovington |
| ROSA KNISER-CUMMINGS, | : | |
| Defendant. | : | |

## ENTRY PLACING DEFENDANT ON PREJUDGMENT PROBATION

Upon Motion of Defendant Kniser-Cummings, and for good cause shown, Defendant Kniser-Cummings is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant Kniser-Cummings has not been convicted of violating a federal or state law relating to controlled substances, nor has she been previously subject to disposition under this section.

The Court places Defendant Kniser-Cummings on probation for a period of one (1) year under the standard conditions of Probation required in the United States District Court for the Southern District of Ohio, including the Special Condition that Defendant Kniser-Cummings: (1) complete twenty (20) hours of community service with an agency approved in advance by the Probation Officer within the first ten (10) months of supervision. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Kniser-Cummings' completion of the probationary period.

November 29, 2017

                                                               s/Sharon L. Ovington
                                                                 Sharon L. Ovington
                                                  United States Magistrate Judge